UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-5201 CAS (FFMx) | Date | April 3, 2009 |
|---|---|---|---|
| Title | TRADEWIND PRODUCTS, Inc., etc. v. HARTFORD FIRE INSURANCE COMPANY, etc., et al. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**     **(CHAMBERS): ORDER DENYING PROTECTIVE ORDER**

The Court has reviewed the proposed "Stipulated Protective Order." Although the Court is willing to enter an appropriate protective order in accordance with the parties' stipulation, the proposed stipulated protective order is rejected for the following reasons:

(1)    The parties have not made a sufficient showing of good cause as required by Federal Rule of Civil Procedure 26(c). There is no indication of the nature of the issues involved in the case or why otherwise confidential information is likely to be produced. The parties are advised that such a showing may be made in a document separate from the stipulation containing the terms of the proposed protective order.

(2)    The proposed protective order defines confidential material too broadly. For example, the proposed protective order does not limit the designation to information which has not been made public and which the party in good faith believes will, if disclosed, have the effect of causing harm to its competitive position or otherwise impinge upon a party's right to privacy.

(3)    Paragraph 10 must make clear that any procedures specified thereunder are in addition to and not in lieu of compliance with the local rules regarding discovery motions.

(4)    As worded, the proposed protective order could be construed as improperly limiting the rights of third parties involved in other actions to conduct discovery or to limit the subpoena power of another court. A revised protective order should not limit

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-5201 CAS (FFMx) | Date | April 3, 2009 |
|---|---|---|---|
| Title | TRADEWIND PRODUCTS, Inc., etc. v. HARTFORD FIRE INSURANCE COMPANY, etc., et al. | | |

such rights absent motion for protective order in such other proceedings.

     The Court will entertain a stipulated protective order that conforms with the foregoing.

Initials of Preparer    JM