**Gary W. Osborne (Bar No. 145734)**
**Dominic S. Nesbitt (Bar No. 146590)**
**Cheryl Dunn Soto (Bar No. 250892)**
OSBORNE & NESBITT LLP
501 West Broadway, Suite 1760
San Diego, California  92101
Phone: (619) 557-0343
Fax: (619) 557-0107
E-mail: gosborne@onlawllp.com

Attorneys for Plaintiff,
TRADEWIND PRODUCTS, INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRADEWIND PRODUCTS, INC., a Delaware corporation, dba YOUCANSAVE.COM,<br><br>Plaintiff,<br><br>vs.<br><br>HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation, and HARTFORD CASUALTY INSURANCE COMPANY, an Indiana corporation,<br><br>Defendants. | CASE NO. CV 06-05201 CAS (FFMx)<br><br>Hon. Christina A. Snyder<br>Western Division, Courtroom 5<br><br>**NOTICE OF SETTLEMENT**<br><br>PRETRIAL CONFERENCE:<br>DATE:      November 30, 2009<br>TIME:       11:00 a.m.<br><br>TRIAL<br>DATE:      January 5, 2010<br>TIME:       9:30 a.m. |

   Plaintiff Tradewind Products, Inc. hereby notifies the Court that the parties to the above-captioned action have agreed to a settlement.  The parties intend to file a Stipulation of Dismissal as soon as their agreed-upon preconditions have been satisfied.

DATED: July 9, 2009                          OSBORNE & NESBITT LLP


                                             By: s/ Gary W. Osborne
                                                 Gary W. Osborne
                                                 Attorneys for Plaintiff TRADEWIND
                                                 PRODUCTS, INC.

NOTICE OF SETTLEMENT

CASE NO. CV 06-05201 CAS (FFMx)